IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN M. LOPEZ, | ) | No. C 11-5283 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| DR. PACHINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

On October 31, 2011, Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The same day, the clerk notified plaintiff that he had not paid the filing fee, nor had he filed a completed application to proceed in forma pauperis ("IFP"). Specifically, plaintiff had not included a signed certificate of funds. Along with the deficiency notice, plaintiff was provided with a new IFP application, and instructions for completing it. Plaintiff was cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. To date, plaintiff has not communicated with the court. Accordingly, the instant action is DISMISSED without prejudice to plaintiff filing a new action in which he either pays the filing fee or files a completed IFP application. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: _____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JOHN M. LOPEZ,

              Plaintiff,

  v.

PACHINSKI et al,

              Defendant.

_____/

                        Case Number: CV11-05283 RMW

                        **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John M. Lopez F-72176
High Desert State Prison
B2-229-L
PO Box 3030
Susanville, CA 96127

Dated: March 6, 2012

                        Richard W. Wieking, Clerk
                        By: Jackie Lynn Garcia, Deputy Clerk