1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   JOHN M. LOPEZ,                )       No. C 11-5283 RMW (PR)
                                   )
12           Plaintiff,             )       JUDGMENT
                                   )
13      v.                          )
                                   )
14   DR. PACHINSKI,                 )
                                   )
15           Defendant.             )
     _____)
16
17      The court has dismissed the instant action.  A judgment of dismissal without prejudice is
18   entered.  The clerk shall close the file.
19      IT IS SO ORDERED.
20   DATED: _____

                                                    *Ronald M. Whyte*
21                                                  RONALD M. WHYTE
                                                    United States District Judge
22
23
24
25
26
27
28

P:\pro-se\sj.rmw.\cr.11\Lopez283jud

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN M. LOPEZ,

        Plaintiff,

  v.

PACHINSKI et al,

        Defendant.

Case Number: CV11-05283 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John M. Lopez F-72176
High Desert State Prison
B2-229-L
PO Box 3030
Susanville, CA 96127

Dated: March 6, 2012

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk