**E-FILED on 3/6/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN M. LOPEZ, | ) | No. C 11-5283 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DR. PACHINSKI, | ) | |
| Defendant. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/1/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

P:\pro-se\sj.rmw.\cr.11\Lopez283jud

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN M. LOPEZ,

        Plaintiff,

  v.

PACHINSKI et al,

        Defendant.

Case Number: CV11-05283 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John M. Lopez F-72176
High Desert State Prison
B2-229-L
PO Box 3030
Susanville, CA 96127

Dated: March 6, 2012

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk